**FILED**

05/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CASE NO. DA-23-0166

| | | |
|---|---|---|
| HOLLY HAPPE, individually and as<br>Personal Representative of the Estate of<br>MARJORIE LEE LAVALLEY,<br><br>  Plaintiff/Appellant,<br><br>-vs.-<br><br>COURTNEY LAWELLIN, Attorney at<br>Law and COURTNEY LAWELLIN, P.C.<br>a registered Montana Professional<br>Corporation,<br><br>  Defendants/Appellees, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER ALLOWING<br>EXTENSION OF TIME<br>TO FILE OPENING BRIEF** |

Upon motion of the Appellant, no objection by the Appellee and good cause appearing therefore IT IS HEREBY ORDERED THAT Appellant shall have up through and including June 26, 2023 in which to file her opening brief herein.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 26 2023